# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

130318

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT COSTA, Personal
Representative of the Estate of
Jayne J. Costa, Deceased,
           Plaintiff-Appellant,

v

OTTO GAGO, M.D.,
           Defendant-Appellee,

and

MICHIGAN HEART & VASCULAR
INSTITUTE, INC., and ST. JOSEPH
MERCY HOSPITAL, ANN ARBOR,
a/k/a TRINITY HEALTH MICHIGAN,
           Defendants.

_____/

SC: 130318
COA: 256673
Washtenaw CC: 02-001480-NH

On order of the Court, the application for leave to appeal the December 6, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

Clerk